Dismissed and Memorandum Opinion filed April 2, 2009








Dismissed
and Memorandum Opinion filed April 2, 2009.

 

 

In The

 

Fourteenth Court of
Appeals

____________

 

NO. 14-09-00235-CV

____________

 

DIANE STOVALL and TOM STOVALL, Appellants

 

V.

 

AIG CLAIM SERVICES, INC., Appellee

 



 

On Appeal from the
129th District Court

Harris County,
Texas

Trial Court Cause
No. 2004-63895

 



 

M E M O R A N D U M   O P I N I O N

This is
an appeal from a judgment signed December 8, 2008.  On March 25, 2009,
appellants filed an unopposed motion to dismiss the appeal.  See Tex. R. App. P. 42.1.  The motion is
granted.

Accordingly,
the appeal is ordered dismissed.

PER
CURIAM

Panel consists of Chief Justice Hedges and Justices
Yates and Frost.